

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PB

271 Cadman Plaza East
Brooklyn, New York 11201

July 2, 2015

By ECF

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Leslie Smith
                 Criminal Docket No. 02-197 (ERK)

Dear Judge Korman:

      On July 1, 2015, at a supervised release hearing in the above-captioned matter, the Court instructed the government and the United States Probation Officer ("USPO") to obtain additional information regarding the defendant's state parole status.

      On July 2, 2015, USPO Tanya Parris spoke with a supervisor at the New York State Division of Parole, as well as the defendant's assigned parole officer. These individuals confirmed that the defendant – who is known to state authorities as "Johnny Linsey" – is on lifetime state parole. Specifically, on April 15, 1992, the defendant was convicted of criminal possession of a weapon, and he was sentenced to six years to life in custody, to be followed by lifetime parole. The defendant was initially paroled in October 2000.

      On January 8, 2002, the defendant was arrested in connection with the underlying offense in this case. On January 23, 2002, the defendant's state parole was revoked due to his federal arrest. On November 14, 2002, the defendant was sentenced by the Hon. David G. Trager to 27 months' imprisonment, followed by three years' supervised release. On April 29, 2004, the defendant was released from federal custody, and he was transferred to state custody. On May 21, 2012, the defendant was paroled from state custody, and his federal supervision commenced. Between May 21, 2012 and the present, the defendant has been on both federal supervised release and state parole.

The Honorable Edward R. Korman
July 2, 2015
Page 2

      Based on her conversation with the defendant's state parole officer, USPO Parris understands that the defendant is classified as a "Level 1" offender by the Division of Parole.  Among other things, he is required to report twice monthly to his parole officer, and he is subject to drug testing as directed by his parole officer.  USPO Parris also confirmed that the defendant's state parole officer is aware of the instant proceedings, as well as the defendant's pending state court matters (which are the subject of several of the violations in the pending Violation of Supervised Release Report).

      If the Court has any additional questions, the government and the USPO will be happy to address them at the July 8, 2015 hearing in this matter.

      Respectfully submitted,

      KELLY T. CURRIE
      Acting United States Attorney

By:   /s/ Peter W. Baldwin
      Peter W. Baldwin
      Assistant U.S. Attorney
      (718) 254-6236

cc:   Michelle Gelernt, Esq. (by ECF and Email)